# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KENDRICK STORY
ADC # 109934                                                                       PLAINTIFF

v.                       No. 5:13-cv-133-DPM-JJV

MOSES JACKSON, III, Major,
Randall L. Williams Unit, ADC;
MINNIE L. DRAYER, Disciplinary
Hearing Officer, ADC; JOHN LOWE,
Deputy Warden, Randall L. Williams
Unit, ADC; RAYMOND NAYLOR,
Hearing Administrator, ADC; and
MARK CASHION, Warden                      DEFENDANTS

## ORDER

On *de novo* review, the opposed recommendation, № 66, is adopted as modified and supplemented. FED. R. CIV. P. 72(b)(3). Story's objections, № 67 & 68, create a dispute of material fact about whether he fully exhausted his administrative remedies. Story says he tried to refile his then-ripe appeal on 3 September 2013, but Lieutenant McConnell didn't deliver or file it. № 68 at 1-2. Defendants argue, and Story acknowledges in his stay motion, though, that his claims are *Heck*-barred. № 63. The Court agrees. *Sheldon v. Hundley*, 83 F.3d 231, 233 (8th Cir. 1996). Defendants' motion for summary judgment,

№ 56, is therefore granted.  Story's motion for judgment, № 59, and his motion for a stay, № 63, are denied as moot.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 July 2014