IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENDRICK STORY**
**ADC # 109934**                                                      **PLAINTIFF**

v.                          No. 5:13-cv-133-DPM

**MOSES JACKSON, III, Major**
**Randall L. Williams Unit, ADC;**
**MINNIE L. DRAYER, Disciplinary**
**Hearing Officer, ADC; JOHN LOWE,**
**Deputy Warden, Randall L. Williams**
**Unit, ADC; RAYMOND NAYLOR,**
**Hearing Administrator, ADC; and**
**MARK CASHION, Warden**                                              **DEFENDANTS**

### JUDGMENT

Story's complaint is dismissed without prejudice. An *in forma pauperis* appeal from this Judgment and the related Order would not be taken in good faith.

*[signature]*
D.P. Marshall Jr.
United States District Judge

29 July 2014